IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST MORRIS | : | |
|     Movant, | | |
| | : | CIVIL ACTION |
| v. | : | NO. 15-1352 |
| COMMONWEALTH OF PENNSYLVANIA | : | |
|     Respondent. | | |

## **ORDER**

AND NOW this 29th day of October 2018, upon consideration of Movant's Rule 60 Motion (ECF No. 47), it is hereby ORDERED said Motion is DENIED in accordance with this Court's accompanying Memorandum/Opinion.

BY THE COURT:

/s/ C. Darnell Jones, II    J.